UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6332
(1:21-cv-00906-LPA)

KA'LAH MARTIN, a/k/a Kalah Martin,

    Plaintiff - Appellant,

v.

TRAVIS SHORT, both individually and in his official capacity as deputy with the Randolph County Sheriff's Department; KYLE GABBY, both individually and in his official capacity as deputy with the Randolph County Sheriff's Department; JEREMIAH HARRELSON, both individually and in his official capacity as deputy with the Randolph County Sheriff's Department,

    Defendants - Appellees.

O R D E R

Appellees move to strike Ka'lah Martin's notice of appeal or dismiss the appeal on the ground that the Wake County Superior Court had enjoined Martin's attorney, Taylor M. Dant, from practicing law when she filed the notice of appeal on Martin's behalf. We agree with Appellees that the superior court's order enjoined Dant from practicing law in both state and federal court. Accordingly, we relieve Dant of further representation of Martin in this appeal.

However, pursuant to *Becker v. Montgomery*, 532 U.S. 757 (2001), we will give Martin a chance to cure the defect in the notice of appeal. If Martin wishes to continue with her appeal, she must file in the district court a notice of appeal signed by herself or a licensed attorney within 21 days of the date of this order. Accordingly, at this juncture, we deny Appellees' motions without prejudice. Appellees may renew their motions should Martin fail to correct the notice of appeal within 21 days.

For the Court

/s/ Nwamaka Anowi, Clerk
